IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA NORENE NAJERA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:25-CV-0274-DMC<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulated motion for an extension of time for Defendant to file a response to Plaintiff's dispositive motion. See ECF No. 14. Good cause appearing therefor, the parties' stipulated request will be granted.

      Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant's response to Plaintiff's dispositive motion is due by June 18, 2025.

Dated: June 5, 2025

                                                    DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE